UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY DIBRUNO,

      Plaintiff,

v.                                   Case No:   2:13-cv-196-FtM-38DNF

GSV ENTERPRISES, INC.,

      Defendant.

_____/

**<u>ORDER[1]</u>**

    This matter comes before the Court on Joint Stipulation for Approval of Voluntary Dismissal with Prejudice (Doc. #32) filed on February 4, 2014.  This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.*  The Parties have reached a settlement agreement and now move to dismiss the case with prejudice.

    In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  There are two ways for a claim under the FLSA to be settled or compromised.  Id. at 1352-53.  The first is under 29 U.S.C. § 216(c), providing for the Secretary of Labor to supervise the payments of unpaid wages owed to employees. Id.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

at 1353. The second is under 29 U.S.C. §216(b), when an action is brought by employees against their employer to recover back wages. Id.  When the employees file suit, the proposed settlement must be presented to the district court for the district court review and determination that the settlement is fair and reasonable. Id. at 1353-54.

In this instance, Plaintiff represents to the Court that his claim under the FLSA 29 U.S.C. § 201 *et seq.* has been settled in full without compromise of his claim.  As the parties agree that Plaintiff has obtained full relief under this agreement, there is no compromise to review, therefore, the settlement is p*er se* fair and reasonable.  Stevenson v. RBC Bank USA, Inc., 2011 WL 4412155, *2 (M.D. Fla. August 19, 2011).

Accordingly, it is now

**ORDERED:**

Joint Stipulation for Approval of Voluntary Dismissal with Prejudice (Doc. #32) is **GRANTED**.  The Clerk of the Court is directed **DISMISS** the case with prejudice, enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record